UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

'08 MJ 0095

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: DEPUTY |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Jose Humberto CHAVEZ-Herrera,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **January 11, 2008** within the Southern District of California, defendant, **Jose Humberto CHAVEZ-Herrera,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th DAY OF JANUARY 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Humberto CHAVEZ-Herrera

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 11, 2008, Border Patrol Agent I. Tabarez was assigned to the Eastbound Interstate 8 (I-8) Traffic Checkpoint in Jacumba, California. The I-8 Checkpoint is located approximately thirty miles east of the Tecate, California Port of Entry and one mile north of the United States/Mexico International border. At approximately 9:00 p.m., Agent Tabarez observed a grey pick-up truck occupied by two males approach the primary inspection. Agent Tabarez noticed that both subjects appeared nervous and kept staring at him. Agent Tabarez approached the vehicle and identified himself as a United States Border Patrol Agent and questioned the subject's as to their immigration status. The driver of the pick-up truck nervously stated in a low voice that he was a citizen of Mexico. Agent Tabarez then observed several heads bunched up together behind the driver's seat on the floor board trying to conceal themselves. The driver plus eight individuals were removed from the pick-up truck. Agent Tabarez then questioned them as to their immigration status again. All nine individuals, including one individual later identified as **Jose Humberto CHAVEZ-Herrera**, freely admitted that they were citizens and nationals of Mexico. The nine individuals were then asked individually if they had any documents allowing them to enter or remain legally in the United States. All nine individuals, including CHAVEZ, replied, "No." All nine individuals were placed under arrest and transported to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on November 14, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally.

**Executed on January 13, 2008 at 9:30 A.M.**

Terri Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 11, 2008, in violation of Title 8, United States Code, Section 1326.

Nita L. Stormes
United States Magistrate Judge

1-13-08 @ 12:05pm
Date/Time