UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj0095 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE HUMBERTO CHAVEZ-HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

         Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the foregoing Defendant's Notice of

Appearance has been electronically served this day upon:


         United States Attorney's Office
         880 Front Street
         San Diego, CA  92101



Dated:  January 15, 2008                 */s/  John  C.  Ellis, Jr.*
                                          JOHN C. ELLIS, JR.
                                          Federal Defenders
                                          225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          john_ellis@fd.org